IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| CHRISTOPHER LEE SILVER, ) | |
| ) | |
| Defendant. ) | |

Not later than June 14, 2021, the United States shall respond to defendant's motion for compassionate release. See [D.E. 68].

SO ORDERED. This 14 day of May 2021.

JAMES C. DEVER III
United States District Judge