IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER LEE SILVER, | ) | |
| | ) | |
| Defendant. | ) | |

Christopher Lee Silver, appearing pro se, filed a motion for a copy of all documents pertaining to his case [D.E. 61]. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Silver has failed to show a particularized need for the documents. Silver previously obtained a copy of his case file. Silver must keep track of his own papers. To the extent Silver's motion could be construed as motion to obtain documents without charge, the motion [D.E. 61] is DENIED.

SO ORDERED. This 14 day of May 2021.

JAMES C. DEVER III
United States District Judge